AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

FILED
JAMES J. VILT, JR. - CLERK

JUN 11 2024

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

| | |
|---|---|
| United States of America<br>v.<br>Alex Viainey PADILLA GIRON<br>A/K/A Wilfredo COLLAZO MORALES<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 4:24 MJ-56-HBB<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 26, 2022__ in the county of __Daviess__ in the
__Western__ District of __Kentucky__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1542 | False Statements in a Passport Application |
| 18 USC 1028A | Aggravated Identity Theft |
| 18 USC 911 | False Claim to Citizenship |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

Communicated by telephone in accordance with Fed.R.Crim. P.4.1 and 41.

/s/ Charles Flynn
*Complainant's signature*

Charles L.P. Flynn, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6/11/24

City and state: Bowling Green, Kentucky

H. Brent Brennenstuhl, U.S. Magistrate Judge
*Judge's signature*
*Printed name and title*